**RICHARD PALMA**
ATTORNEY AT LAW
225 BROADWAY - SUITE 715
NEW YORK, NEW YORK 10007

**MEMBER OF THE BAR**  **TEL. (212) 686-8111**
NEW YORK  FAX. (212) 202-7800
  E-MAIL: rpalma177@gmail.com

July 6, 2023

**ECF**

Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street\
New York, N.Y. 10007

> **Re:   US v. Morgan, et al, including Edwin Pozo, 22 Cr. 702 (NRB)
> Defense Requests 30-day Extension to Review and File Responses
> to Draft PSR.**

Dear Judge Buchwald:

Having received the PSR First Disclosure on July 5, 2023, I am respectfully requesting a 30-day extension to review the draft with Mr. Edwin Pozo and file responses to it. I am scheduled for trial before the Hon. Nelson S. Roman, U.S.D.J. on Tuesday, July 11 and it is expected to last to July 24th. For this reason, I am unable to meet with Mr. Pozo until after the trial ends and ask for the requested extension.

Thank you.

Respectfully submitted,
s/ Richard Palma
Richard Palma