**RICHARD PALMA**
ATTORNEY AT LAW
**225 BROADWAY - SUITE 715**
**NEW YORK, NEW YORK 10007**

MEMBER OF THE BAR											TEL. (212) 686-8111
NEW YORK												FAX. (212) 202-7800
													E-MAIL: rpalma177@gmail.com

July 6, 2023

**ECF**

Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street\
New York, N.Y. 10007

  **Re: US v. Morgan, et al, including Edwin Pozo, 22 Cr. 702 (NRB)**
    **Defense Requests 30-day Extension to Review and File Responses**
    **to Draft PSR.**

Dear Judge Buchwald:

  Having received the PSR First Disclosure on July 5, 2023, I am respectfully requesting a 30-day extension to review the draft with Mr. Edwin Pozo and file responses to it. I am scheduled for trial before the Hon. Nelson S. Roman, U.S.D.J. on Tuesday, July 11 and it is expected to last to July 24th. For this reason, I am unable to meet with Mr. Pozo until after the trial ends and ask for the requested extension.

  Thank you.

            Respectfully submitted,
            s/ Richard Palma
            Richard Palma

```
Application granted.  The sentencing hearing is adjourned until
October 19, 2023 at 12:00 p.m. The final PSR is due on September 1,
2023.  The defendant's submission is due on October 5, 2023. The
Government's submission is due on October 12, 2023. SO ORDERED.


          NAOMI REICE BUCHWALD
          UNITED STATES DISTRICT JUDGE
Dated:    New York, New York
          July 6, 2023
```